# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**KLLM, INC.**                                                                                          **PLAINTIFF**

**VS.**                                               **CIVIL ACTION 3:09cv93 TSL-JCS**

**MARSH USA, INC., et al.**                                                     **DEFENDANTS**

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding for the reason that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for the plaintiff, is on the recusal list of the undersigned United States District Judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this 18th day of February, 2009.

                                                                    /s/Tom S. Lee
                                                                    UNITED STATES DISTRICT JUDGE